IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISRAEL NEGRON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-cv-2232 |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY | : | |

## ORDER

**AND NOW**, this 30th day of January, 2020, it is hereby **ORDERED** that the Clerk shall remove this case from the Court's suspense docket and place it on the Court's active docket.

It is further **ORDERED** that upon consideration of the parties' submissions, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, to which no objections were filed, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 15) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (Doc. No. 8) is **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.